**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

The cases listed below are set for a status conference on **Monday, October 2, 2023, at 2:00 p.m. Absent good cause, counsel in the Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128. **Counsel in the Broward Division cases may appear** *either* **in person** *or* **by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[1] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is **DIRECTED** to file this Order in **each** of the below cases.

2. The parties are **not** personally required to appear.

3. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.

4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

    a.  23-cv-22536 – *Valdes v. Ampy Enterprises Inc.*

    b.  23-cv-22486 – *Hernandez v. Valpa Mia LLC et al.*

---

[1] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

Case 0:23-cv-61223-RKA   Document 8   Entered on FLSD Docket 09/19/2023   Page 2 of 2

c.  23-cv-23246 – *Watson v. Vila Kids LLC*

d.  23-cv-23165 – *Gonzalez v. Martin Brothers Enterprises, Inc.*

e.  23-cv-60385 – *Bolivar v. Marriott Resorts Hospitality Corporation*

f.  23-cv-23205 – *Healy v. Aetna Life Insurance Company*

g.  22-cv-62403 – *Gonzalez v. Seabest, Inc.*

h.  23-cv-22203 – *Sabatier v. American health Reform Solutions, LLC et al.*

i.  23-cv-61223 – *Rule v. Healthcare Revenue Recovery Group, LLC*

j.  22-cv-22807 – *Godschild v. FCA US LLC et al.*

k.  23-cv-22037 – *Creazzo v. Experian Information Solutions, Inc.*

l.  22-cv-62028 – *Catania v. Vohra Wound Physicians Management, LLC et al.*

m.  23-cv-22809 – *Benitez et al. v. Chi-Ada Corporation et al.*

**DONE AND ORDERED** in the Southern District of Florida on September 18, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record