UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE 0:23-cv-61223-RKA

| | |
|---|---|
| TARA RULE, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) HEALTHCARE REVENUE RECOVERY ) GROUP, LLC ) ) Defendant. ) | Case 0:23-cv-61223-RKA JURY TRIAL DEMANDED |

**DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Healthcare Revenue Recovery Group, LLC, pursuant to Fed. R. Civ. P. 7.1, hereby files its disclosure statement and states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   A.   Plaintiff Tara Rule

   B.   Counsel for Plaintiff:

   Manuel S. Hiraldo, Esquire
   Hiraldo P.A.
   401 E. Las Olas Blvd., Suite 1400
   Ft. Lauderdale, FL 33301
   mhirald@hiraldolaw.com

       Michael Eisenband, Esquire
       Eisenband Law, P.A.
       515 Las Olas Blvd., Suite 120
       Fort Lauderdale, FL 33301
       meisenband@eisenbandlaw.com

C.     Defendant Healthcare Revenue Recovery Group, LLC

D.     Counsel for Defendant:

       Avery A. Dial, Esquire
       Kaufman Dolowich LLP
       100 SE Third Avenue, Suite 1500
       Fort Lauderdale, FL 33394
       adial@kdvlaw.com

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   N/A.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

   None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

                        **KAUFMAN DOLOWICH LLP**

                        */s/Avery Dial*
                        Avery A. Dial, Esquire
                        Fla. Bar No. 732036
                        Email: adial@kdvlaw.com
                        100 SE Third Avenue, Suite 1500
                        Fort Lauderdale, FL 33394
                        Tel: (954) 302-2498
                        Fax: (888) 464-7982
                        Attorneys for Defendant Healthcare Revenue Recovery Group LLC

Dated: September 25, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all parties or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                        Respectfully submitted,

                By:    */s/Avery Dial*
                        Avery Dial, Esquire
                        Fla. Bar No. 732036
                        Email: adial@kdvlaw.com